**Dismissed and Opinion Filed October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01345-CR

### SILVIA CARRERA LEYVA, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-54538-L**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Silvia Carrera Leyva filed a notice of appeal from the trial court's September 11, 2014 order modifying the conditions of her community supervision. An order modifying the conditions of community supervision is not an appealable order.[1] We dismiss the appeal for want of jurisdiction.

Do Not Publish                     /Kerry P. FitzGerald/
TEX. R. APP. P. 47                 KERRY P. FITZGERALD
141345F.U05                        JUSTICE

---

[1] *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SILVIA CARRERA LEYVA, Appellant

No. 05-14-01345-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F10-54538-L.
Opinion delivered by Justice FitzGerald, Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 27, 2014.